

**EQUAL ACCESS**

— LAW GROUP PLLC —

APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J.   04/23/2025

On March 7, 2025, in response to Plaintiff's notice that the parties had reached a settlement in principle, I discontinued this action without prejudice to either party moving to reopen within forty-five (45) days of the date of the order.  (Doc. 11.)  Plaintiff's request-- submitted April 22, 2025--is one day late. The 45-day period set in my prior order ended on April 21, 2025, and Easter Monday is not a "legal holiday" under Federal Rule of Civil Procedure 6(a)(6).  Nonetheless, construing Plaintiff's request as one to extend the deadline to move to reopen, the request is GRANTED, and the parties' deadline to move to reopen the case is extended to May 23, 2025.

The parties are advised that there is no need to submit any consummated settlement agreement to the Court absent a request for the Court to enforce the agreement.

**VIA ECF**
Hon. Vernon S. Broderick
United States District Judge
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

RE: **Reyes v. La Cabra Roastery, LLC. DOCKET NO. 1:25-cv-57**

Dear Judge Broderick:

The undersigned represents Nathalie Reyes, the plaintiff in the above-referenced matter.

I am writing to respectfully move this Court to stay all case deadlines in this action for thirty (30) days, from April 22, 2025 to May 22, 2025.

This requested stay will permit the parties to finalize their efforts to bring about the voluntary dismissal of all claims asserted in this action without further litigation. Once those efforts are complete, voluntary dismissal will be filed.

Thank you for your time and consideration on this matter.

Respectfully,

EQUAL ACCESS LAW GROUP, PLLC
*Attorneys for Plaintiff*

**/s/ Asher H. Cohen**

By:  Asher H. Cohen, Esq.
68-29 Main Street,
Flushing, NY 11367
Tel: +1 (718) 914-9694
Email: acohen@ealg.law