**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| NATHALIE REYES, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>La Cabra Roastery, LLC<br><br>Defendant. | Case no.1:25-cv-57<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

**PLEASE TAKE NOTICE,** that the above-entitled action against Defendant shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) with prejudice; without costs, or disbursements, or attorneys' fees to any party.

Dated: May 9, 2025

EQUAL ACCESS LAW GROUP, PLLC
*Attorneys for Plaintiff*

***/s/ Asher H. Cohen***
By: Asher H. Cohen, Esq.
68-29 Main Street,
Flushing, NY 11367
Tel: +1 (718) 914-9694
Email: acohen@ealg.law